# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN WILLIAM GENTRY, *ET AL.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, INC., <br><br><br> *Defendant.* | CASE NO. 3:13–cv–00030 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |
| ALIM ABDURAHMAN, *ET AL.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, INC., *ET AL.*, <br><br><br> *Defendants.* | CASE NO. 3:14–cv–00002 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |
| JIHAD ADBUL-MUMIT, *ET AL.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, INC., *ET AL.*, <br><br><br> *Defendants.* | CASE NO. 3:14–cv–00005 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

In accordance with the accompanying opinions applicable to the respective cases captioned above, it is **ORDERED** as follows:

- In *Gentry*, the motion to dismiss is **GRANTED in part** and **DENIED in part**. Counts 2 and 3 and the corresponding class allegations are **DISMISSED** with prejudice. Count 1 is **DISMISSED** with prejudice to the extent it relies on allegations regarding fuel economy, but remains pending as to allegations regarding an on-board mileage calculator. The class allegations corresponding to Count 1 are **DISMISSED**, with prejudice as to a fuel economy class but without prejudice as to an on-board mileage calculator class.

- In *Abdurahman* and *Abdul-Mumit*, the motions to remand are **DENIED**. The motions to dismiss those cases are **GRANTED**. Accordingly, those cases are **DISMISSED** with prejudice. The Clerk is requested to strike *Abdurahman* and *Abdul-Mumit* from the active docket of the Court.

The Clerk is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this __23rd__ day of January, 2017.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE